

ORIGINAL

**FILED**

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0412



**FILED**

AUG 26 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0412

IN THE MATTER OF:

T.A.,                                         **GRANT OF EXTENSION**

      Respondent and Appellant.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until September 19, 2021, to prepare, file, and serve the Appellee's brief.

DATED this August 26, 2021

 

Bowen Greenwood
Clerk of the Supreme Court

c:    Leo John Gallagher, Austin Miles Knudsen, Danny Tenenbaum